IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICKEY GRANDY,

    Plaintiff,

v.

WARDEN, MICHAEL BAENEN,
DR. RICHARD HEIDORN, M.D.,
JEANANNE ZWIERS ("MANAGER"),
R.N. MARY, OFFICIAL EVWARE AND
OFFICIAL SCHISEL,

    Defendants.

ORDER

Case No. 14-cv-42-wmc

On January 27, 2014, plaintiff Rickey Grandy was directed to submit his six-month trust fund account statement to this court to support a determination that he is entitled to proceed *in forma pauperis*, and if so, calculate an initial partial payment of the $350 fee for filing this case. In response to the January 27, 2014 order, plaintiff has submitted a letter in which he states that the business office at the Waupun Correctional Institution has refused to provide plaintiff with the required trust fund account statement. Plaintiff asks this court to issue an order directing the business office to provide the statement to the court. In his letter, plaintiff does not explain why prison officials are refusing to release the necessary six-month trust fund account statement or whether plaintiff has completed the necessary paper work to secure a copy of the trust fund account statement. It may be that plaintiff feels he is entitled to a free copy of his trust fund account statement, believing that prison staff cannot charge him for copies of this document. Plaintiff is incorrect. As with any type of legal expense, plaintiff must budget to pay for copies of his trust fund account statement or seek a legal loan to do so.

Since plaintiff has not yet submitted a copy of his trust fund account statement for the appropriate time period, I will construe his letter as a motion for extension of time and extend the deadline for plaintiff to submit his trust fund account statement until March 10, 2014. Plaintiff's trust fund account statement should cover the period beginning approximately August 21, 2013, and ending approximately January 21, 2014. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2). If plaintiff fails to provide his statement, this case will be closed.

ORDER

IT IS ORDERED that plaintiff Rickey Grandy is GRANTED an enlargement of time to March 10, 2014, in which to submit a trust fund account statement for the period beginning August 21, 2013, and ending approximately January 21, 2014. If, by March 10, 2014, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily. In that case, the case will be closed without prejudice to plaintiff's filing his case at a later date.

Entered this 6th day of February, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge